1  Andrew T.  Koenig, SBN: 158431
   Attorney at Law
2  353 Sanjon Road
   Ventura, CA 93001
3  Tel. 805 653-0284
   FAX: 805 643-3062
4  Email: andrewtkoenig@hotmail.com

5  Attorney for plaintiff Barbara Barr

6

7

8

9                    UNITED STATES DISTRICT COURT
                    CENTRAL DISTRICT OF CALIFORNIA
10                       WESTERN DIVISION

11

12 BARBARA BARR ,                     )    No. CV 07-7385-OP
                                      )
13     Plaintiff,                     )     ORDER
                                      )    AWARDING ATTORNEY'S
14     v.                             )    FEES AND COSTS PURSUANT
                                      )    TO THE EQUAL ACCESS TO
                                      )    JUSTICE ACT, 28 U.S.C.
15 MICHAEL J. ASTRUE,                 )    § 2412(d), AND COURT COSTS
   COMMISSIONER OF SOCIAL             )    PURSUANT TO
16 SECURITY,                          )    28 U.S.C. § 1920
                                      )
17     Defendant.                     )
                                      )
18 _____)

19       Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

20 IT IS ORDERED that Andrew T. Koenig, as counsel for Plaintiff and as Plaintiff's

   assignee,  is awarded attorney fees under the Equal Access to Justice Act in the
21
   amount of TWO-THOUSAND THREE-HUNDRED NINETY-NINE DOLLARS
22
   and 96 CENTS ($2,399.96), as authorized by 28 U.S.C. § 2412(d), subject to the
23
   terms of the Stipulation.
24
         Dated: 7/23/08
25                                    _____
26                                    UNITED STATES MAGISTRATE JUDGE

27

28

                                          1